# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KAREN MCCLENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Consolidated Case |
| v. ) | No. 4:12CV1343 JAR |
| ) | |
| WIESSMAN THEATRICAL SUPPLIES ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |
| KAREN MCCLENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Associated Case |
| v. ) | No. 4:12CV1344 CAS |
| ) | |
| WIESSMAN THEATRICAL SUPPLIES ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has filed two similar employment discrimination actions against defendant. Because the complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Fed. R. Civ. P. 42 to avoid unnecessary costs and to promote judicial efficiency.

Accordingly,

**IT IS HEREBY ORDERED** that <u>McClendon v. Wiessman Theatrical Supplies</u>, 4:12CV1344 CAS is consolidated into <u>McClendon v. Wiessman Theatrical Supplies</u>, 4:12CV1343 JAR for remaining pretrial proceedings and trial. All future pleadings shall be filed as Consolidated Case No. 4:12CV1343 JAR, with the consolidated case caption set forth above.

Dated this 13th day of August, 2012.

                                                     /s/ John A. Ross  
                                               JOHN A. ROSS  
                                               UNITED STATES DISTRICT JUDGE